No. 12–6149. HOLMES *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6152. HEWLETT *v.* HOLDER, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied.

No. 12–6156. YOUNG *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6159. PATT *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–6161. WELLS *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 12–6164. STURMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–6168. MOBLEY *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6170. CLOSE *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–6171. DIXON *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6172. PILLOW *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6173. MERAZ-OLIVERA *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–6175. WILLIAMS *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6176. WINKELMAN *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 12–6178. LESTER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 12–6180. RODRIGUEZ-FAVELA *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6183. AVITIA-GUILLEN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.